CLAIRE VAN BARNEVELD, as Administratrix of the Estate of SIEMEN VAN BARNEVELD, Deceased, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 48076.)

Herlihy, P. J., Reynolds, Staley, Jr., Cooke and Sweeney, JJ., concur.